FILED
March 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002520972

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
VICTORIA M. CERNA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

IN RE:                                ) Case No.: **10-91028**
                                      ) Chapter: **7**
                                      )
   Victoria M. Cerna                  ) DC No.: **FW:01**
                                      )
                                      ) Date:  **May 5, 2010**
   Debtor.                            ) Time:  **11:00 a.m.**
                                      ) Place: **1200 I Street**
                                      )        **Suite 4**
                                      )        **Modesto, CA**

## MOTION TO ABANDON REAL PROPERTY – DEBTOR'S RENTAL PROPERTY

Debtor, Victoria M. Cerna, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors' rental property, which is one lot with two houses on it located at 1567 Yosemite Parkway, 1574 E. 21st St., Merced, CA 95340 for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated: March 29, 2010

                         **FRIEND & WALTON**
                         **A PROFESSIONAL LAW CORPORATION**


                         /s/ Randy K. Walton Esq
                         **RANDALL K. WALTON, ESQ.**, Attorney for
                         debtor Victoria M. Cerna

Motion to Avoid Lien

1