FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
VICTORIA M. CERNA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No.: **10-91028** |
| ) | Chapter: **7** |
| Victoria M. Cerna ) | DC No.: **FW:01** |
| ) | Date: **May 5, 2010** |
| Debtor. ) | Time: **11:00 a.m.** |
| ) | Place: **1200 I Street** |
| | **Suite 4** |
| | **Modesto, CA** |

## DECLARATION OF DEBTOR, VICTORIA M. CERNA, MOTION TO ABANDON REAL PROPERTY – DEBTOR'S RENTAL PROPERTY

I, Victoria Cerna, declare:

1. I am a Debtor in the above-referenced case. I state the following facts on my own personal knowledge and know them to be true, except those facts stated on information and belief, which facts I am informed and believe to be true.

2. I am requesting that the Trustee abandon, on behalf of the Estate, my rental property, which consists of one lot with two houses on it, located at 1567 Yosemite Parkway, 1574 E. 21st Street, Merced, CA 95340; as listed on my schedule "A" ("THE PROPERTY").

3. I am familiar with the properties in the neighborhood where THE PROPERTY is located, and with recent sales and foreclosures of similar properties.

4. I am informed and believe, based on my knowledge of the neighborhood, other sales and foreclosures, and general real estate knowledge, and therefore allege that THE PROPERTY is worth $100,000.00.

5. The property has a first mortgage of $140,060.91, through Bank of America only.

6. Therefore there is no equity for this property.

7. I receive $1,500.00 per month for rental income on this property.

8. My mortgage payment is $1,195.47 and includes property taxes and insurance. Other expenses include repairs and maintenance, and can vary dramatically, depending on what needs to be fixed or replaced on any given month.

9. I have exempted & protected $7,750.00 for this property from the (b)(5) "wildcard" exemptions as listed on my schedule "C".

10. I am convinced that the Chapter 7 Trustee could not sell my rental property for enough money to pay my claimed exemption, much less any money for creditors.

11. I am also convinced that any money the Trustee could make enough from rent, minus the mortgage and other expenses, would be di minimus, at best, and a negative number at worst.

12. As a result, I do not believe that THE PROPERTY has any significant value for the estate. Therefore, I respectfully

Motion to Abandon

2

```
 1    request that the Court grant this motion to abandon THE
 2       PROPERTY from the estate.
 3        I declare under penalty of perjury that the foregoing is
 4  true and correct and if called as a witness I would testify
 5  competently thereto.
 6
 7        Executed on this  29 day of March, 2010, at Modesto,
    California.
 8
 9                              /s/ VICTORIA CERNA
                                Victoria Cerna
10
```

**Motion to Abandon**

3